IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEENA ROGALSKI, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| GREGORY T. WHITE, et al., | : | NO. 21-3103 |
| Defendants. | : | |

## ORDER

AND NOW, this 30th day of January, 2024, upon consideration of Defendants Highpoint Pain & Rehabilitation Physicians, P.C. and Huaguang Qu, M.D.'s Motion for Summary Judgment (ECF No. 87) and Plaintiff's Motion for Partial Summary Judgment (ECF No. 92), and all documents submitted in support thereof or in opposition thereto, it is hereby **ORDERED** that said Motions are **DENIED** for the reasons stated in this Court's accompanying Memorandum.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**